# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-486-DDD-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    HERBERT SIDNEY HOWARD,

    Defendant.

_____

**GOVERNMENT'S UNOPPOSED MOTION TO ACCEPT UNTIMELY FILING OF ECF 107**
_____

    The United States of America, by and through Assistant United States Attorney Brian Dunn, respectfully files this Motion to Accept the Untimely Filing of ECF 107. The parties have conferred and the defendant is unopposed to this Motion.

    The Court previously ordered the Government to respond to the defendant's sentencing motions prior to January 2, 2025. The Government drafted and believed it had filed its responses on January 2, 2025. The undersigned then proceeded to trial in another matter on January 6, 2025.

    While reviewing its sentencing documents this morning, the Government realized that ECF 107 had not been filed despite the Government believing that it had completed the filing process on January 2, 2025. The government apologizes to the Court and defense for this inadvertent oversight.

DATED this 9th day of January, 2025.

MATTHEW T. KIRSCH
United States Attorney

s/ Brian Dunn
BRIAN DUNN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Brian.Dunn@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                       s/ *Brian Dunn*
                                       BRIAN DUNN